No. 8990.   STATE OF MONTANA on the Relation of P. J. HAGARTY, RELATOR, v. DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT, ET AL., RESPONDENTS.

Decided June 7, 1950.

*Mr. Curtis C. Cook*, Hamilton, for Relator.

Per Curiam.

It is ordered that the writ be denied and the proceedings dismissed.

No. 8994.   STATE OF MONTANA EX REL. SAM SEYLO, RELATOR, v. DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT, ET AL., RESPONDENTS.

Decided June 7, 1950.

*Mr. Thomas P. Koch*, Hamilton, *Mr. E. Gardner Brownlee*, Hamilton, for Relator.

Per Curiam.

It is ordered that the writ be denied and the proceedings dismissed.